IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02230-WDM-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD R. HOODENPYLE,

Defendant.
_____

## ORDER
_____

This matter arises in connection with the scheduling conference set for January 12, 2007, at 8:30 a.m. Counsel for the plaintiff appeared at the scheduling conference by telephone, but the defendant, who is proceeding *pro se*, neither appeared nor contacted the court in any way. In addition, the defendant failed to participate in a Rule 26(f) conference and failed to provide any input into the proposed scheduling order. According to the plaintiff:

> Justin Kim, counsel for the United States, called the listed telephone number for [defendant] Ronald Hoodenpyle on December 14, 2006, and spoke with a woman who answered the telephone. Although she confirmed that Mr. Hoodenpyle resided there, she refused to take a message for him once she realized the subject matter of the call. Counsel for the United States called again on December 15, 2006, and left a detailed voicemail message about the need to set a Rule 26(f) conference and to submit a proposed scheduling order before the scheduling conference set for January 12, 2007. When no response was received, counsel left a follow-up message on December 19, 2006. As of this filing, Mr. Hoodenpyle has not returned any messages to set up a Rule 26(f) conference.

Proposed Scheduling Order at Part 6.

Rule 55(a), Fed. R. Civ. P., provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

Thereafter, a default judgment may be entered against a party under certain circumstances as provided in Rule 55(b), Fed. R. Civ. P. In view of the defendant's failure to defend as evidenced by his failure to participate in a Rule 26(f) conference, failure to provide input into the proposed scheduling order, and failure to appear for and participate in the scheduling conference held this morning:

IT IS ORDERED that the plaintiff shall file a motion for entry of default and for default judgment against the defendant, if at all, on or before **January 31, 2007**.

Dated January 12, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge