# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: February 23, 2007  
Time: 12 minutes

**CASE NO.  05-cv-02230-WDM**

Parties

**UNITED STATES OF AMERICA,**

       Petitioner,

vs.

**RONALD R. HOODENPYLE,**

       Respondent.

Counsel

Mark Pestal

No Appearance

## HEARING ON MOTION FOR DEFAULT JUDGMENT

**1:41 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL for the petitioner.

Record should reflect that the respondent is not present. This matter was scheduled to begin at 1:30 p.m.  The hallway was checked prior to this proceeding, which began at 1:41 p.m.

Government's Motion for Default Judgment (Doc #22), filed 1/30/07.

Comments by Mr. Pestal in support of Government's motion.

Page Two
05-cv-02230-WDM
February 23, 2007

Court concludes respondent is in default, the calculations have been verified by affidavit, the defendant is not an infant, incompetent or otherwise not subject to legitimate service.

**ORDERED:** Government's Motion for Default Judgment (Doc #22), filed 1/30/07 is **GRANTED.** Judgment shall enter for assessments against him for the years 1988 though 1998 inclusive in the amount of $481,234.21 effective January 31, 2007 with statutory interest accruing thereafter.

**ORDERED:** Petitioner shall prepare a proposed order including the Court's findings.

**1:53 p.m.     COURT IN RECESS**

**Total in court time:        12 minutes**

**Hearing concluded**