IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02230-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RONALD R. HOODENPYLE,

      Defendant.

_____

**ORDER**
_____

Miller, J.

This matter is before me on the United States' Motion for Entry of Default and for Default Judgment (doc no 22) (the "Motion"). The United States filed this action on November 3, 2005 seeking to reduce to a judgment amounts assessed as income tax for tax years 1988-1998 inclusive. Defendant Ronald R. Hoodenpyle was served on March 7, 2006. After Defendant failed to appear at a scheduling conference on January 12, 2007, Magistrate Judge Boyd N. Boland found that Defendant had failed to defend this action and ordered the United States to file a motion for entry of default and for default judgment. The Clerk of the Court entered default on January 30, 2007.

Defendant Hoodenpyle filed a set of documents in response the Motion, including a copy of the Motion with handwritten notations, but did not respond on the merits. Defendant also failed to appear at a hearing on February 23, 2007 concerning the Motion. Defendant has refused to accept service of documents mailed by the

Court. The United States has presented memoranda, declarations, and exhibits sufficient to demonstrate that Defendant Hoodenpyle is not an infant, incompetent, officer or agent of the United States or the State of Colorado, or serving in the military service. The United States has also presented competent evidence concerning the amounts assessed as income tax for tax years 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, and 1998 as well as interest and penalties in the total amount of $481,234.21.

Accordingly, it is ordered:

1. The Motion for Entry of Default and for Default Judgment (doc no 22) filed January 30, 2007 is granted.

2. Default judgment shall enter in favor of the United States in the total amount of $481,234.21 plus statutory interest accruing after January 31, 2007, as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621.

DATED at Denver, Colorado, on February 28, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge